IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY LEE DAVIS | ) |
| | ) |
| v. | ) NO. 3:09-0842 |
| | ) JUDGE CAMPBELL |
| GALLATIN POLICE DEPARTMENT, | ) |
|    et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 62), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Sircy's Motion to Strike Plaintiff's Amended Complaint and Subsequent Letters (Docket No. 47) is GRANTED as to Plaintiff's Amended Complaint (Docket No. 42) and DENIED as to Plaintiff's letters (Docket Nos. 43-44).

The record indicates that service of the Report and Recommendation upon the Plaintiff was returned as "undeliverable as addressed, unable to forward." Docket No. 66. Plaintiff has an obligation to keep the Court advised of his current address. This action is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

 

/s/ Todd Campbell
_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE