IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| RICKY LEE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:09-cv-00842 |
| | ) | |
| v. | ) | Chief Judge Todd J. Campbell |
| | ) | Magistrate Judge E. Clifton Knowles |
| OFFICER J. SIRCY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT OFFICER SIRCY'S MOTION FOR LEAVE
TO MAKE A MANUAL FILING**

The defendant, Officer Jeff Sircy, moves this Court for an Order granting him leave to manually file an audio compact disk containing an audio recording of the relevant 9-1-1 telephone call to be filed as Exhibit 1-A in support of his Motion for Summary Judgment.

ORDER:
Motion granted.

E. Clifton Knowles
U.S. Magistrate Judge

Respectfully submitted,

/s/ Brandt M. McMillan
_____
BRANDT M. MCMILLAN (BPR No. 025565)
*Attorney for Defendant Officer J. Sircy*
Farrar & Bates, L.L.P.
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
Tel. (615) 254-3060 -- Fax (615) 254-9835
brandt.mcmillan@farrar-bates.com