IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICKY LEE DAVIS )
)
v. ) NO. 3-09-0842
) JUDGE CAMPBELL
OFFICER J. SIRCY )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 103), to which no Objections have been filed. The Court ordered Plaintiff to file any Objections by May 13, 2011. Docket No. 111.

The Court has reviewed the Report and Recommendation, the pending Motion and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion for Summary Judgment (Docket No. 95) is GRANTED, and Plaintiff's claims against Defendant Sircy are DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE